```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JARED C. DOLAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRENT W. WILDER,<br>MICHAEL J. HUDDLESTON,<br><br>　　　　Defendants. | NO. 2:12-CR-313 GEB<br><br>APPLICATION FOR ORDER<br>UNSEALING FILES |

On August 30, 2012, an indictment was filed in the above-referenced case.  Since the defendants have now been arrested, it is no longer necessary for the indictment to be sealed.  The government respectfully requests that the indictment and this case be unsealed.

DATED: September 7, 2012

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　By:/s/ Jared C. Dolan
　　　　　　　　　　　　　　　　　JARED C. DOLAN
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JARED C. DOLAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700

 5

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )
                                  )
12          Plaintiff,            )   NO. 2:12-CR-313 GEB
                                  )
13      v.                        )   ORDER UNSEALING FILES
                                  )
14  BRENT W. WILDER,              )
    MICHAEL J. HUDDLESTON,        )
15                                )
            Defendants.           )
16  _____)

17
        Upon application of the Government, and good cause appearing
18
    therefore, IT IS HEREBY ORDERED that the files in the above-
19
    referenced case be, and hereby are, UNSEALED.
20
    DATED: September 7, 2012
21

22              /s/ Gregory G. Hollows
            UNITED STATES MAGISTRATE JUDGE
23
```