```
 1  SCOTT N. CAMERON
    Attorney at Law
 2  1007 7th Street, Suite 319
    Sacramento, California 95814
 3  Telephone: (916) 442-5230

 4  Attorney for:
    MICHAEL HUDDLESTON
 5

 6

 7              IN THE UNITED STATES DISTRICT COURT

 8            FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,  )  CASE NO.  2:12-CR-00313 GEB
                               )
11            Plaintiff,       )  STIPULATION AND [PROPOSED] ORDER
                               )  CONTINUING STATUS CONFERENCE
12       v.                    )
                               )
13  BRENT WILDER and           )
    MICHAEL HUDDLESTON,        )  DATE: September 21, 2012
14                             )  TIME: 9:00 a.m.
              Defendants.      )  COURT: Hon. Garland E. Burrell Jr.
15  _____)
```

## Stipulation

The government and defendants Michael Huddleston and Brent Wilder, through undersigned counsel, stipulate that the status conference, scheduled for September 21, 2012, may be continued to October 26, 2012, at 9:00 a.m. The government has made discovery available for review at its office; however, the government is still in the process of making redacted copies of the discovery for distribution to the defendants. Defense counsel is awaiting the redacted discovery so that it can be reviewed with the defendants and so that any appropriate investigation can be conducted. As such, defense counsel requires the additional time requested for counsel preparation.

Further, all parties agree and stipulate that the ends of justice

1

served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. As such, the parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The parties have authorized the defense counsel for Michael Huddleston to sign this stipulation on their behalf.

DATED: September 19, 2012         BENJAMIN WAGNER
                                  United States Attorney

                            by    /s/ Scott N. Cameron, for
                                  Jared Dolan
                                  Assistant U.S. Attorney

DATED: September 19, 2012
                            by    /s/ Scott N. Cameron
                                  Scott N. Cameron
                                  Counsel for Michael Huddleston

DATED: September 19, 2012
                            by    /s/ Scott N. Cameron, for
                                  Timothy Zindel
                                  Counsel for Brent Wilder

## Order

The status conference, scheduled for September 21, 2012, is continued to October 26, 2012, at 9:00 a.m. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial in this case. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

Dated: September 20, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge