```
1  SCOTT N. CAMERON
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, California 95814
3  Telephone: (916) 442-5230

4  Attorney for:
   MICHAEL HUDDLESTON
5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:12-CR-00313 GEB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| v. | ) | |
| BRENT WILDER and MICHAEL HUDDLESTON, | ) | DATE: October 26, 2012 |
| | ) | TIME: 9:00 a.m. |
| Defendants. | ) | COURT: Hon. Garland E. Burrell Jr. |

## Stipulation

The government and defendants Michael Huddleston and Brent Wilder, through undersigned counsel, stipulate that the status conference, scheduled for October 26, 2012, may be continued to December 14, 2012, at 9:00 a.m. This case involves approximately 2,800 pages of relevant discovery and many potential witnesses. As such, the additional time requested in this stipulation is necessary so the defense counsel for each defendant can review the discovery and continue investigation.

Further, all parties agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. As such, the parties agree that time may be excluded from the speedy trial calculation

under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The parties have authorized the defense counsel for Michael Huddleston to sign this stipulation on their behalf.

DATED: October 23, 2012         BENJAMIN WAGNER
United States Attorney

by  /s/ Scott N. Cameron, for
Jared Dolan
Assistant U.S. Attorney

DATED: October 23, 2012

by  /s/ Scott N. Cameron
Scott N. Cameron
Counsel for Michael Huddleston

DATED: October 23, 2012

by  /s/ Scott N. Cameron, for
Timothy Zindel
Counsel for Brent Wilder

### Order

Good cause appearing,

The status conference, scheduled for October 26, 2012, is continued to December 14, 2012, at 9:00 a.m. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial in this case. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: October 23, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge