```
 1  SCOTT N. CAMERON
    Attorney at Law
 2  1007 7th Street, Suite 319
    Sacramento, California 95814
 3  Telephone: (916) 442-5230

 4  Attorney for:
    MICHAEL HUDDLESTON
 5

 6

 7                  IN THE UNITED STATES DISTRICT COURT

 8                FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,    )   CASE NO.  2:12-CR-00313 GEB
                                 )
11           Plaintiff,          )   STIPULATION AND [PROPOSED] ORDER
                                 )   CONTINUING STATUS CONFERENCE
12      v.                       )
                                 )
13  BRENT WILDER and             )
    MICHAEL HUDDLESTON,          )   DATE: January 25, 2013
14                               )   TIME: 9:00 a.m.
             Defendants.         )   COURT: Hon. Garland E. Burrell Jr.
15  _____)
```

## Stipulation

The government and defendants Michael Huddleston and Brent Wilder, through undersigned counsel, stipulate that the status conference, scheduled for January 25, 2013, may be continued to March 15, 2013, at 9:00 a.m. This case involves approximately 2,800 pages of relevant discovery and many potential witnesses. As such, the additional time requested in this stipulation is necessary so the defense counsel for each defendant can review the discovery and continue investigation.

Further, all parties agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. As such, the parties agree that time may be excluded from the speedy trial calculation

under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The parties have authorized the defense counsel for Michael Huddleston to sign this stipulation on their behalf.

DATED: January 22, 2013     BENJAMIN WAGNER
                            United States Attorney

                       by   /s/ Scott N. Cameron, for
                            Jared Dolan
                            Assistant U.S. Attorney

DATED: January 22, 2013
                       by   /s/ Scott N. Cameron
                            Scott N. Cameron
                            Counsel for Michael Huddleston

DATED: January 22, 2013
                       by   /s/ Scott N. Cameron, for
                            Timothy Zindel
                            Counsel for Brent Wilder

## **Order**

Good cause appearing,

The status conference, scheduled for January 25, 2013, is continued to March 15, 2013, at 9:00 a.m. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial in this case. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

Dated: January 23, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2