```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
MICHAEL HUDDLESTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:12-CR-00313 GEB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| v. | ) | |
| BRENT WILDER and MICHAEL HUDDLESTON, | ) | DATE: March 15, 2013 TIME: 9:00 a.m. |
| Defendants. | ) | COURT: Hon. Garland E. Burrell Jr. |

## Stipulation

The government and defendants Michael Huddleston and Brent Wilder, through undersigned counsel, stipulate that the status conference, scheduled for March 15, 2013, may be continued to April 26, 2013, at 9:00 a.m. This case involves approximately 2,800 pages of relevant discovery and many potential witnesses. As such, the additional time requested in this stipulation is necessary so the defense counsel for each defendant can review the discovery and continue investigation.

Further, all parties agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. As such, the parties agree that time may be excluded from the speedy trial calculation

under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The parties have authorized the defense counsel for Michael Huddleston to sign this stipulation on their behalf.

DATED: March 13, 2013                BENJAMIN WAGNER
                                     United States Attorney

                              by     /s/ Scott N. Cameron, for
                                     Jared Dolan
                                     Assistant U.S. Attorney

DATED: March 13, 2013
                              by     /s/ Scott N. Cameron
                                     Scott N. Cameron
                                     Counsel for Michael Huddleston

DATED: March 13, 2013
                              by     /s/ Scott N. Cameron, for
                                     Timothy Zindel
                                     Counsel for Brent Wilder

## Order

The status conference, scheduled for March 15, 2013, is continued to April 26, 2013, at 9:00 a.m. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial in this case. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

Dated: March 15, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge