SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-442-5230

Attorney for:
MICHAEL HUDDLESTON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>BRENT WILDER and<br>MICHAEL HUDDLESTON,<br><br>               Defendants, | CASE NO. 12-CR-00313 TLN<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, defendant MICHAEL HUDDLESTON, by and through his counsel of record, Scott N. Cameron, and BRENT WILDER, by and through his counsel of record, TIMOTHY ZINDEL, hereby stipulate as follows:

    1.     By previous order, this matter was set for status on August 22, 2013, at 9:30 a.m.

    2.     By this stipulation, defendants now move to continue the status conference to September 19, 2013, at 9:30 a.m., and to exclude time between August 22, 2013, and September 19, 2013, under Local Code T4.  Plaintiff does not oppose this request.

    3.     The parties agree and stipulate, and request that the Court find the following:

        a.     The government has produced approximately 2,830 pages of discovery to the defense.

1

b. Respective counsel for each defendant desires additional time to review the document discovery, consult with their client regarding the discovery, conduct investigation, and to discuss potential resolution with their client and the government.

c. All counsel have been involved in substantive settlement negotiations which are still in progress.

d. Counsel for each defendant believes that failure to grant the above-requested continuance would deny defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. The government does not object to the continuance.

f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 22, 2012, to September 19, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**(THIS SPACE INTENTIONALLY LEFT BLANK)**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: August 16, 2013

/s/ Jared Dolan
JARED DOLAN
Assistant United States Attorney

DATED: August 16, 2013

/s/ Scott Cameron
SCOTT N. CAMERON
Counsel for MICHAEL HUDDLESTON

DATED: August 16, 2013

/s/ Timothy Zindel
TIMOTHY ZINDEL
Counsel for BRENT WILDER

**O R D E R**

IT IS SO FOUND AND ORDERED this 19th day of August, 2013.

Troy L. Nunley
United States District Judge